UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:05-CR-00463-WBS |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE |
| v. | ) | POST INDICTMENT |
| | ) | ARRAIGNMENT |
| STEPAN MILITONYAN | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the post indictment arraignment in the above-captioned case be continued to December 16, 2005 at 2:00 p.m.

    IT IS FURTHER ORDERED THAT the time from the date of this Order to December 16, 2005 be excluded pursuant to 18 U.S.C. §§ 3161(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: November 10, 2005

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1

3  Ddad1/orders.criminal.militonyan0463.stipord