1  Theodore S. Flier, Esq.
   State Bar No. 23734
2  Andrew Reed Flier, Esq.
   State Bar No. 13734
3  FLIER AND FLIER
   15821 Ventura Boulevard, Suite 567
4  Encino, California 91436
   Tel: (818) 990-9500
5  Fax: (818) 990-1303

6  Attorney for Defendant
   STEPAN MILITONYAN
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   NO. 2:05-CR-00463-WBS
                                  )
12           Plaintiff,            )   STIPULATION AND PROPOSED
                                  )   ORDER CONTINUING STATUS
13                                )   CONFERENCE AND SETTING
      v.                          )   BRIEFING SCHEDULE FOR
14                                )   DEFENDANT'S MOTION FOR
                                  )   CHANGE OF VENUE
15                                )
   STEPAN MILITONYAN,             )   DATE:  May 24, 2006
16                                )   TIME:  9:00 a.m.
             Defendant.           )   JUDGE: William B. Shubb
17 _____)

18       It is hereby stipulated and agreed to between the United States of America through

19 ANNE PINGS, Assistant United States Attorney, and STEPAN MILITONYAN, by and

20 through his attorney, THEODORE S. FLIER, that the status conference currently set for

21 April 26, 2006, at 9:00 a.m. be rescheduled for May 24, 2006 at 9:00 a.m.

22       In addition, the parties propose and stipulate that the non-evidentiary hearing on the

23 defendant's newly filed Motion for Change of Venue be set for May 24, 2006.  This

24 continuance is being requested because defendant filed a Motion for Change of Venue

25 without proposing a briefing schedule.  Under the local rules, the government's response is

26 not even due until after April 26, 2006.   Given the nature of the motion, the parties agreed

27 that it would not be time-efficient to have a hearing until after the motion is fully briefed.

28

It is further stipulated and agreed that the briefing schedule on the motion will be as follows:

| | |
|---|---|
| Government's Opposition | Due on May 10, 2006 |
| Defendant's Reply Brief | Due on May 17, 2006 |
| Hearing on Motion | May 24, 2006 |

It is further stipulated that the speedy trial time is to be excluded from the date of this order through May 24, 2006, given the pendency of the motion.  In addition,  pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), defendant's counsel will use the additional time to prepare for litigation of the motion and pre-trial investigation.

                                                                          Respectfully Submitted,

_____
DATED                                                    FLIER AND FLIER
                                                                  A Law Corporation

                                                                By:/s/ Theodore S. Flier
                                                                        THEODORE S. FLIER
                                                                        Attorney for Defendant
                                                                        STEPAN MILITONYAN

_____                 McGREGOR W. SCOTT
DATED                                                United States Attorney

                                                               By:    /s/ Anne Pings
                                                                        ANNE PINGS
                                                                        Assistant United States Attorney

1    **IT IS SO ORDERED.**

2 DATED: April 25, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE