1  Theodore S. Flier, Esq.
   State Bar No. 23734
2  Andrew Reed Flier, Esq.
   State Bar No. 13734
3  FLIER AND FLIER
   15821 Ventura Boulevard, Suite 567
4  Encino, California 91436
   Tel: (818) 990-9500
5  Fax: (818) 990-1303

6  Attorney for Defendant
   STEPAN MILITONYAN
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    NO. 2:05-CR-00463-WBS
                                   )
12           Plaintiff,            )    STIPULATION AND PROPOSED
                                   )    ORDER CONTINUING STATUS
13                                 )    CONFERENCE
         v.                        )
14                                 )
    STEPAN MILITONYAN,             )    DATE:  May 24, 2006
15                                 )    TIME:  9:00 a.m.
             Defendant.            )    JUDGE: William B. Shubb
16  _____)

17         It is hereby stipulated and agreed to between the United States of America through

18  ANNE PINGS, Assistant United States Attorney, and STEPAN MILITONYAN, by and

19  through his attorney, THEODORE S. FLIER, that the status conference currently set for

20  May 24, 2006, at 9:00 a.m. be rescheduled for June 14, 2006, at 9:00 a.m.

21         This continuance is being requested because defendant's attorney THEODORE S.

22  FLIER is currently in a attempted murder/kidnaping trial in Dept. N., Los Angeles

23  Superior Court, Van Nuys, California. Said trial should last approximately 3 weeks.

24         Attorney Flier specifically requested time off from the current trial so he could be in

25  Sacramento for the May 24th hearing and the Judge denied his request. Due to this ongoing

26  trial, counsel will not be able to use that time to pursue factual investigation necessary for

27  preparation of this case.

28         The parties further stipulate that the current motions schedule be held in abeyance.\

1  It is further stipulated that the speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 14, 2005 pursuant to Title 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Therefore, the parties are requesting that the status conference be continued to June 14, 2006.

Respectfully Submitted,

May 23, 2006
_____
DATED

FLIER AND FLIER
A Law Corporation


By:/s/ Theodore S. Flier
   THEODORE S. FLIER
   Attorney for Defendant
   STEPAN MILITONYAN

May 23, 2006
_____
DATED

McGREGOR W. SCOTT
United States Attorney


By:   /s/ Anne Pings
      ANNE PINGS
      Assistant United States Attorney

_____

**IT IS SO ORDERED.**

DATED: May 23, 2006

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -