7-17-06; 3:24PM;

Name and address

**FILED**

JUL 2 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
Eastern ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| United States Plaintiff(s) v. Stephan Militonye Defendant(s) | CASE NUMBER 2:05-CR-00463-WBS REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Stephan Militonya  ☐ Plaintiff ☒ Defendant ☐ Other _____
Name of Party

hereby request the Court approve the substitution of __Jerry Kaplan__
                                                     New Attorney
as attorney of record in place and stead of __Theodore S. Flier__
                                              Present Attorney

Dated 7/14/06                   _Stepan Militonyan_
                                Signature of Party/Authorized Representative of Party

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated X 7/17/06                 X _____
                                Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated 7/14/06                   _Jerry Kaplan_
                                Signature of New Attorney
                                49142
                                State Bar Number

If party requesting to appear Pro Se:

Dated 7/25/2006                 _William _____
                                Signature of Requesting Party

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)        REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY