1  JERRY KAPLAN, ESQ., Bar No.: 49142
   HELENE FARBER SBN # 237087
2  KAPLAN, KENEGOS & KADIN
   9150 Wilshire Blvd., Suite 175
3  Beverly Hills, Ca 90212
   Telephone: (310) 859-7700
4  _____
   Attorneys for Defendant
5  STEPAN MILITONYAN

6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      ) NO. 2:05-cr-00463-WBS
                                  )
11           Plaintiff,           )
                                  ) **STIPULATION AND ORDER RE**
12      v.                        ) **CONTINUANCE OF STATUS HEARING AND**
                                  ) **FINDINGS OF EXCLUDABLE TIME;**
13 STEPAN MILITONYAN,             ) **DECLARATION**
                                  )
14           Defendant.           ) DATE:  Sept 6, 2006
                                  ) TIME:  9:00 a.m.
15 _____ ) JUDGE: Hon. William B. Shubb

16

17      STEPAN MILITONYAN, by and through his counsel, JERRY KAPLAN OF

18 KAPLAN KENEGOS AND KADIN, and the United States Government, by and

19 through its counsel, ANNE PINGS, Assistant United States Attorney,

20 hereby agree that the status conference hearing set for August 2, at

21 9:00 a.m. be re-scheduled for September 6, 2006 at 9:00 a.m.  This

22 continuance is requested because defense counsel substituted in as of

23 July 14, 2006 and requires additional time to comply with due

24 diligence, conduct a proper investigation, and to interview our client

25 and other witnesses.  The defendant in this case consents to this

26 continuance.

27      Accordingly, all counsel and Mr. Militonyan agree that the time

28 from August 2, 2006 through September 6, 2006 should be excluded in

1  computing the time within which trial must commence under the Speedy
2  Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to
3  prepare].
4  DATED: July 27, 2006

                                        Respectfully submitted,

                                        KAPLAN, KENEGOS & KADIN

                                        By: /s/_____
                                            JERRY KAPLAN
                                            Attorney for STEPHAN MILITONYAN


11 DATED: July 27   , 2006              Assistant United States Attorney


                                        By: /s/_____
                                            ANNE PINGS
                                            Attorney for United States

2

JERRY KAPLAN, ESQ., Bar No.: 49142
HELENE FARBER SBN # 237087
KAPLAN, KENEGOS & KADIN
9150 Wilshire Blvd., Suite 175
Beverly Hills, Ca 90212
Telephone: (310) 859-7700

Attorneys for Defendant
STEPHAN MILITONYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHAN MILITONYAN,<br><br>    Defendant. | NO. 2:50-cr-00463-WBS<br><br>**ORDER RE CONTINUANCE OF STATUS HEARING AND FINDINGS OF EXCLUDABLE TIME**<br><br>DATE: September 6, 2006<br>TIME: 1:30 p.m.<br>JUDGE: Hon. William B. Shubb |

**ORDER AND FINDINGS**

The new status conference is set for September 6, 2006 at 9:00 a.m.  The court finds that the interests of justice are best served and the public interest is protected by granting the continuance in the above-captioned matter.  Accordingly, time under the Speedy Trial Act is excluded from August 2, 2006, through September 6, 2006, in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4. (reasonable time to prepare.)

DATED:  July 28, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

DECLARATION OF COUNSEL JERRY KAPLAN

I, Jerry Kaplan, hereby declare as follows:

1. I am an attorney at law, licensed to practice before all the Courts of the State of California, and admitted to practice in the Eastern District of California.

2. I am the attorney for Mr. Stephan Militonyan.

3. I have drafted and reviewed the attached stipulation and know the contents thereof to be true and correct.

4. This continuance is being requested so that defense counsel, just substituted in as of July 14, 2006, can comply with due diligence, conduct a proper investigation, and can interview the defendant and other witnesses.

5. I believe that a continuance of the status conference until September 6, 2006, is necessary, because it will further the investigation and resolution of this case. A continuance is necessary for my effective preparation.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: July 27, 2006

_____
JERRY KAPLAN

4

DECLARATION OF STEPAN MILITONYAN

I, STEPAN MILITONYAN, hereby declare as follows:

1. I am the defendant in the above entitled matter. I have read the attached Stipulation.

2. I have discussed the attached stipulation with my counsel Mr. Kaplan and I join his request.

3. I feel the exclusion of time would be in my best interests in this case for the reasons set forth in the attached stipulation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: _____

_____
Stepan Militonyan

5