```
1  JERRY KAPLAN, ESQ., Bar No.: 49142
   HELENE FARBER SBN # 237087
2  KAPLAN, KENEGOS & KADIN
   9150 Wilshire Blvd., Suite 175
3  Beverly Hills, Ca 90212
   Telephone: (310) 859-7700
4  _____
   Attorneys for Defendant
5  STEPAN MILITONYAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:05-cr-00463-WBS |
| Plaintiff, | |
| v. | **CORRECTED STIPULATION AND ORDER RE CONTINUANCE OF PLEA HEARING AND FINDINGS OF EXCLUDABLE TIME; DECLARATION** |
| STEPAN MILITONYAN, | |
| Defendant. | DATE:  October 25, 2006<br>TIME:  9:00 a.m.<br>JUDGE: Hon. William B. Shubb |

STEPAN MILITONYAN, by and through his counsel, JERRY KAPLAN OF KAPLAN KENEGOS AND KADIN, and the United States Government, by and through its counsel, ANNE PINGS, Assistant United States Attorney, hereby agree that the status conference hearing set for October 18, at 9:00 a.m. be changed to a plea hearing and re-scheduled for October 25, 2006 at 9:00 a.m.  This continuance is requested because the clerk indicated that the 25th was preferable as the calendar on the 18th was full.

Accordingly, all counsel and Mr. Militonyan agree that the time from August 2, 2006 through October 25, 2006 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §3161(h)(8)(B)(iv) and Local Code T4. [reasonable time to

```
 1  prepare].
 2  DATED: October 16, 2006
 3                                      Respectfully submitted,
 4                                      KAPLAN, KENEGOS & KADIN
 5                                      By:        /s/
                                            JERRY KAPLAN
 6                                          Attorney for STEPHAN MILITONYAN
 7
 8
 9  DATED: October 16, 2006      Assistant United States Attorney
10
11                                      By:        /s/
                                            ANNE PINGS
12                                          Attorney for United States
13
14
...
28
```

1  JERRY KAPLAN, ESQ., Bar No.: 49142
   HELENE FARBER SBN # 237087
2  KAPLAN, KENEGOS & KADIN
   9150 Wilshire Blvd., Suite 175
3  Beverly Hills, Ca 90212
   Telephone: (310) 859-7700
4  
   Attorneys for Defendant
5  STEPHAN MILITONYAN

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      ) NO. 2:50-cr-00463-WBS
                                  )
11              Plaintiff,        )
                                  ) **ORDER RE CONTINUANCE FOR PLEA**
12         v.                     ) **HEARING AND FINDINGS OF**
                                  ) **EXCLUDABLE TIME**
13 STEPHAN MILITONYAN,            )
                                  ) DATE:  October 25, 2006
14              Defendant.        ) TIME:  9:00 a.m.
                                  ) JUDGE: Hon. William B. Shubb
15 _____)

16                          **ORDER AND FINDINGS**
17      The new plea hearing is set for October 25, 2006 at 9:00 a.m.  The
18 court finds that the interests of justice are best served and the
19 public interest is protected by granting the continuance in the above-
20 captioned matter.  Accordingly, time under the Speedy Trial Act is
21 excluded from August 2, 2006, through October 25, 2006, in computing
22 the time within which trial must commence under the Speedy Trial Act,
23 pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.
24 (reasonable time to prepare.)
25 DATED:  October 18, 2006
26
27                               _____
                                 WILLIAM B. SHUBB
28                               UNITED STATES DISTRICT JUDGE

                                    3

### DECLARATION OF COUNSEL JERRY KAPLAN

I, Jerry Kaplan, hereby declare as follows:

1. I am an attorney at law, licensed to practice before all the Courts of the State of California, and admitted to practice in the Eastern District of California.

2. I am the attorney for Mr. Stephan Militonyan.

3. I have drafted and reviewed the attached stipulation and know the contents thereof to be true and correct.

4. This rescheduling is being requested because the court's clerk indicated that October 18th was too full and preferred to set the plea hearing for October 25th.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: October 16, 2006

                                            /s/
                                     JERRY KAPLAN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF STEPAN MILITONYAN

I, STEPAN MILITONYAN, hereby declare as follows:

1. I am the defendant in the above entitled matter. I have read the attached Stipulation.

2. I have discussed the attached stipulation with my counsel Mr. Kaplan and I join his request.

3. I feel the exclusion of time would be in my best interests in this case for the reasons set forth in the attached stipulation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: _____

\_\_\_\_\_/s/_____
Stepan Militonyan